# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00134SOM

CASE NAME:         USA vs.  (02) Michael Allen Bush; (03) Lani Ann Brewer; and (04) Henry J. Merrill

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Susan Oki Mollway          REPORTER:

DATE:      1/12/2006                  TIME:

COURT ACTION:  EO:

Jury Selection/Trial set for 2/7/06 @ 9:00 a.m. SOM is continued to 4/25/06 @ 9:00 a.m. SOM.

Final Pretrial Conference set for 1/17/06 @ 10:00 a.m. LEK is continued to 3/28/06 @ 10:00 a.m. BMK.

Notified: Thomas Muehleck AUSA, (02) Stuart Fujioka, (03) Michael Green and (04) Reginald Minn.

Mr. Muehleck to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.