# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 04-134SOM

CASE NAME:   USA vs. (02) Michael Allen Bush; (03) Lani Ann Brewer; and (04) Henry J. Merrill

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:

DATE:   1/20/2006                 TIME:

COURT ACTION:  EO:

Defendant (02) Michael Bush's Motion in Limine No. 1 is deemed withdrawn and will be considered by the court before the new trial only if counsel submit a new notice of hearing of that motion. Only a new notice of hearing is necessary; counsel need not refile the actual motion, memo, exhibits, etc.

The Pretrial Conference set for 2/3/06 @ 2:00 p.m. SOM is taken off calendar .

cc: all counsel of record, and Judge Mollway's Chambers.

Submitted by: Toni Fujinaga, Courtroom Manager.