NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Michael Allen Bush [02]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 01 2006

at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 04-00134 SOM |
| --- | --- |
| plaintiff, | U.S.C. §846 and 18 U.S.C. §2 |
| v. | NOTICE OF HEARING ON DEFENDANT MICHAEL BUSH'S [02] FOURTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DEFENDANT MICHAEL BUSH'S [02] FOURTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DECLARATION OF COUNSEL; EXHIBIT A; CERTIFICATE OF SERVICE |
| Todd Takata, [01] Michael Allen Bush, [02] Lani Ann Brewer, [03] | |
| defendants. | |

Hearing Date: Th. March 2, 2003
Time: 1030 AM
The Hon. Barry Kurren

NOTICE OF HEARING ON DEFENDANT MICHAEL BUSH'S [02] FOURTH MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

TO:
   Thomas Muehleck, Esq.
   300 Ala Moana Blvd. Ste. 6100
   Honolulu, Hawaii 96850

   for the United States of America

   Alison Thom
   U.S. Pretrial Services
   300 Ala Moana Blvd. 7-222

SCANNED

Honolulu, HI 96850

PLEASE TAKE NOTICE that the attached Motion will be heard before the Hon. Barry Kurren, Magistrate Judge of the above-entitled court in his courtroom on Thurs **day**, March 2, **2006** at 10:30 **o'clock** A.**m.** or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, March 1, 2006.

_____
STUART N. FUJIOKA, Atty. for movant

NISHIOKA & FUJIOKA
a Law Corporation
STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com
Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 04-00134 SOM |
|---|---|
| plaintiff, | U.S.C. §846 and 18 U.S.C. §2 |
| v. | MICHAEL BUSH'S FOURTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DECLARATION OF COUNSEL; EXHIBIT A; CERTIFICATE OF SERVICE |
| Michael Allen Bush,        [02] | |
| defendant. | |

DEFENDANT MICHAEL BUSH'S [02] FOURTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

Defendant Michael Bush [2], through counsel, requests the following change to his conditions of pretrial release.

•Defendant requests permission to retrieve his passport and travel out of state from Sat. March 4, 2006 to Monday March 13, 2006 to attend to his father in Spain, as he is terminally ill and is expected to survive only a few more days.

Defendant is in compliance with the conditions of pretrial release. Trial is set for 4/24/06.

Dated: Honolulu, Hawaii, March 1, 2006.

_____
Stuart N. Fujioka, attorney for movant