

GENERAL BOARD
OF
MEDICAL ASSOCIATIONS
OF SPAIN

------

3.48 Euros
Rights authorized,
V.A.T. Included

Class 1
Ordinary
Series B
No. 0468511



## OFFICIAL MEDICAL CERTIFICATE

Barcelona Association
Tax Identity Code Q-0866001-A

Ms. Mª Jose Burgueño Campiñez, Medicine and Surgery doctor, member of the Barcelona association, with number 30615 and practicing in Terrassa

I CERTIFY: That Mr. Sam A. Bush Moore is hospitalized since the 12th of February 2006 in the Intensive Care Unit of the Mutual of Terrassa Hospital with the diagnosis of serious respiratory insufficiency, resulting of a serious pneumonia and cardiac insufficiency. Due to the respiratory insufficiency the patient has been put under deep sedation, because he needs ventilatory support with mechanical ventilation. Hemodynamically he requires vasoactive and inotropic drugs, although at the moment he is improving. Even so the condition of the patient is serious and critical.

So that this may be officially recorded wherever it is advisable, and at the request of ............
I issue the present certificate in Terrassa the 16th of February two thousand six.

NOTE.- No Medical Certificate will be valid if it is not extended on this form, published by the General Board of Medical Associations of Spain, and does not have, in addition, the stamp of the Provincial Medical Association in which this Certificate is extended.





**CONSEJO GENERAL
DE
COLEGIOS OFICIALES DE MEDICOS
DE ESPAÑA**

3,48 Euros
Derechos autorizados,
I.V.A. Incluido

Clase 1.ª
Ordinaria
Serie B
Nº0468511



# CERTIFICADO MEDICO OFICIAL
# CERTIFICAT MÈDIC OFICIAL

Colegio de
Col·legi de    Barcelona
C.I.F. Q-0866001-A

D. Mª José [ilegible] ............................................................ Doctora

en Medicina y Cirugía, colegiado en   [ilegible]
en Medicina i Cirurgia, col·legiat a
el número  [ilegible]   y con el ejercicio profesional en _____ Barcelona
el número              i amb exercici professional a

CERTIFICO: Que [texto manuscrito ilegible] ...

[Párrafos manuscritos ilegibles]

Y para que así conste donde convenga, y a instancia de
I perquè consti on convingui, i a instància de
          expido el presente Certificado en
          lliuro el present Certificat a
a ____ de _____ de dos mil
a       d                                  de dos mil

NOTA.- Ningún Certificado Médico será válido si no va extendido en este impreso, editado por el Consejo General de Colegios
Oficiales de Médicos de España, debiendo, además, llevar estampado el sello del Colegio Médico Provincial en que se le
Certificado sea extendido.

NOTA.- Cap Certificat Mèdic no serà vàlid si no és estès en aquest imprès editat pel Consell General de Col·legis Oficials de

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 04-00134 SOM |
|---|---|
| plaintiff, | U.S.C. §846 and 18 U.S.C. §2 |
| v. | |
| Todd Takata, [01] <br> Michael Allen Bush, [02] <br> Lani Ann Brewer, [03] | |
| defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Thomas Muehleck
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Alison Thom
U.S. Pretrial Services
300 Ala Moana Blvd. 7-222
Honolulu, HI 96850

Dated: Honolulu, Hawaii, March 1, 2006.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2005\MikeBush\certserv.001.wpd