IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | ) | CR 04-00134SOM 02 |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| MICHAEL BUSH, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2005

at ____ o'clock and ____ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S.C. Chang, United States Magistrate Judge in the above-entitled case, Passport Number 120641242 issued at Honolulu USA, on May 3, 1999 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 4, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:

Place of Birth:

Dated at Honolulu, Hawaii on May 4, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

_____

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3/3/06          Signature: _____
                                  Owner of Passport