# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/3/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00134SOM |
| CASE NAME: | USA v. (02) Michael Allen Bush |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (02) Stuart N. Fujioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/3/06 | TIME: | 10:33 - 10:47 |

COURT ACTION:   EP: Motion to Modify Release Conditions to Allow Travel as to (02) Michael Allen Bush - GRANTED.  Deft present on bail.

Bail amended as follows:

- ◆ Other conditions: The defendant is permitted to travel to Spain for the purpose of visiting his father from March 4, 2006 and returning no later than March 13, 2006. The defendant is required to submit a copy of his travel itinerary to Pretrial Services prior to travel.  The defendant is permitted to travel to necessary states and/or countries while en route to and from Spain.

- ◆ Other conditions: The U.S. District Court Clerk's Office is permitted to return the defendant's passport on March 3, 2006, for the purposes of travel.  The defendant must return the passport to the U.S. District Court Clerk's Office by no later than 3:30 p.m. on March 14, 2006, or the next working day following the defendant's return to Hawaii.

- ◆ Other conditions: The electronic monitoring curfew restriction shall be suspended while in Spain, including necessary travel dates, effective March 3, 2006.  The defendant must report in person to Pretrial Services by 12 noon on March 14, 2006, or the next working day following the defendant's return to Hawaii.

- ◆ Other conditions: The defendant is required to reside w/at Rosemarie Bush, Avc. Garcia #2.-3.08172 St. Cugat Del Valles, Barcelona, Spain, while in Spain.

All other conditions to remain unchanged.

Submitted by Richlyn Young, Courtroom Manager