ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00134SOM 02 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | |
| Michael Allen Bush, | ) | MAR 1 4 2006 |
| | ) | at ___ o'clock and ___ min. ___ M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court in the above-entitled case, Passport Number 120641242 issued at Honolulu, Hawaii, on May 3, 1999 to the above-named defendant, was surrendered to the custody of the Clerk of court on March 14, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action.

Dated at Honolulu, Hawaii on March 14, 2006.

SUE BEITIA, Clerk

By: _____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                             Owner of Passport