# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00134SOM |
| CASE NAME: | USA v. (02) Michael Bush, (03) Lani Ann Brewer, (04) Henry Merrill |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (02) Stuart Fujioka, (03) Michael Green, (04) Reginald Minn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/28/2006 | TIME: | 2:22 - 2:29 |

COURT ACTION:  EP: Final Pretrial Conference as to (02) Michael Bush, (03) Lani Ann Brewer, (04) Henry Merrill.
(02) Michael Bush's presence waived.
(03) Lani Ann Brewer present on bail.
(04) Henry Merrill's presence waived.

Defendants' Oral Motion to Continue Trial GRANTED.

New dates given:
JS/JT 8-29-06 @ 9 a.m., SOM
FPT 7-31-06 @ 10 a.m., LEK
Motions due 7-5-06
Response due 7-19-06

Muehleck to prepare order excluding time from 4-25-06 thru 8-29-06 for continuity of counsel.

Submitted by Richlyn Young, Courtroom Manager