NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | | Cr. No. 04-00134 SOM |
|---|---|---|
| | plaintiff, | U.S.C. §846 and 18 U.S.C. §2 |
| v. | | NOTICE OF HEARING ON DEFENDANT MICHAEL BUSH'S [02] FIFTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DEFENDANT MICHAEL BUSH'S [02] FIFTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| Todd Takata, | [01] | |
| Michael Allen Bush, | [02] | |
| Lani Ann Brewer, | [03] | |
| | defendants. | |

Hearing Date:
Time:
The Hon.

NOTICE OF HEARING ON DEFENDANT MICHAEL BUSH'S [02] FIFTH MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

TO:

Thomas Muehleck, Esq.
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Alison Thom
U.S. Pretrial Services
300 Ala Moana Blvd. 7-222

Honolulu, HI 96850

PLEASE TAKE NOTICE that the attached Motion will be heard before the Hon. Leslie Kobayashi, Magistrate Judge of the above-entitled court in her courtroom on _____**day**, _____, **2006** at __:__ **o'clock** __.**m.** or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____APR  4 2006_____.

_____
STUART N. FUJIOKA, Atty. for movant

NISHIOKA & FUJIOKA
a Law Corporation
STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com
Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Michael Allen Bush,    [02]<br><br>defendant. | Cr. No. 04-00134 SOM<br><br>U.S.C. §846 and 18 U.S.C. §2<br><br>MICHAEL BUSH'S FIFTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE; DECLARATION OF COUNSEL; EXHIBIT A; CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT MICHAEL BUSH'S [02] FIFTH MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

Defendant Michael Bush [2], through counsel, requests the following change to his conditions of pretrial release.

• Defendant requests permission to travel to California April 12, 2006 to April 19, 2006  to attend the funeral of his father on 4/15/06 at the Church of Religious Science, 7641 Talvert Ave. Huntington Beach, CA [714] 596-0900; he will stay with his brother Jeff Bush at 601 Avenida Vaquero San Clemente, CA 92673, ph. [949] 481-0582.

Defendant is in compliance with the conditions of pretrial release.  Trial was recently continued to 8/29/06.

Dated: Honolulu, Hawaii, April 4, 2006.

_____
Stuart N. Fujioka, attorney for movant