# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR 04-00134SOM

CASE NAME:	USA vs. (02) Michael Allen Bush

ATTYS FOR PLA:	Mark Inciong for Thomas Muehleck

ATTYS FOR DEFT:	02 Stuart Fujioka

INTERPRETER:

JUDGE:	Barry M. Kurren	REPORTER:	C6

DATE:	4/7/2006	TIME:	10:39:24-10:41:32

COURT ACTION:  EP: Defendant (02) Michael Allen Bush's Fifth Motion to Amend Conditions of Pretrial Release -

Defendant (02) Michael Allen Bush present.

Mr. Inciong, who is standing in for Mr. Muehleck, stated that Mr. Muehleck will back in town on Monday.

This hearing is continued to 4/10/06 @ 10:30 a.m. LEK.

Court stated that it is not ruling on the motion at this time, but indicated that the defendant may start making flight arrangements.

Submitted by: Toni Fujinaga, Courtroom Manager.