# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00134SOM |
| CASE NAME: | USA vs. (02) MICHAEL ALLEN BUSH |
| ATTYS FOR PLA: | Thomas J. Brady for Thomas Muehleck |
| ATTYS FOR DEFT: | (02) Stuart N. Fujioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/10/2006 | TIME: | 10:30-10:35 |

COURT ACTION:  EP: Defendant (02) Michael Allan Bush's Fifth Motion to Amend Conditions of Pretrial Release - Defendant present, not in custody.

Arguments heard.  Motion Granted and terminated.

Defendant (02) Michael Allen Bush's Conditions of Release are amended as follows:

ADD:

Other Conditions: The defendant is allowed to travel to the State of California from April 12, 2006 until April 19, 2006, for the purpose of attending his father's funeral service.

Other Conditions: The electronic monitoring curfew restriction shall be suspended while in California.  The defendant must report in person to Pretrial Services, by no later the 12 noon April 20, 2006.

Other Conditions: The defendant is required to reside with/at Jeff Bush, at 601 Avenida Vaquero, San Clemente, California 92673, while in California.

Defendant is referred to Pretrial Services for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager