AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

APR 17 2006
at 2 o'clock and 40 min P M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00134SOM 02 |

MICHAEL ALLEN BUSH
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| | Date and Time<br>April 24, 2006 @ 10:30 am |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | |

To Answer a(n) Third Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846; 21: 846 & 18:2.

Brief description of offense:
Conspiracy to distribute, possess with intent to distribute Cocaine, Schedule II    -    CT 1
Attempt to possess with intent to distribute Cocaine, Schedule II                   -    CT 2



April 13, 2006
Date

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 APR 13 PM 12: 37
RECEIVED

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00134SOM 02 USA v MICHAEL ALLEN BUSH

## RETURN OF SERVICE

Service as made by me on:[1]                                    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
                    Date                        Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Allen Bush
66-309 Kam Hwy
Haleiwa, HI 96712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   *(Transfer from service label)*    7004 2510 0000 8122 4853

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540