# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00134SOM |
| CASE NAME: | USA vs. (02) MICHAEL ALLEN BUSH<br>USA vs. (03) LANI ANN BREWER<br>USA vs. (04) HENRY J. MERRILL, aka "Hank" |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (02) Stuart N. Fujioka<br>(03) Lynn Panagakos for Michael Jay Green<br>(04) Reginald P. Minn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/24/2006 | TIME: | 10:5-010:52 |

COURT ACTION:  EP: A & P as to the Third Superseding Indictment - Defendants (02) Michael Allen Bush, (03) Lani Ann Brewer and (04) Henry J. Merrill, all present, not in custody.

Charges received. Defendants waive public reading of the Third Superseding Indictment. Pleas of Not Guilty entered.

Jury Selection/Trial set for 9:00 8/29/06, SOM.
Final Pretrial Conference 10:00 7/31/06, LEK.
Defendant's Motions due 7/5/06.
Government's Response due 7/19/06.

Defendants (02) Michael Allen Bush, (03) Lani Ann Brewer and (04) Henry J. Merrill's current conditions of release to continue.


Submitted by: Warren N. Nakamura, Courtroom Manager