NISHIOKA & FUJIOKA
a Law Corporation
STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: nflaw@panworld.net
Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Todd Takata, [01]<br>Michael Allen Bush, [02]<br>Lani Ann Brewer, [03]<br><br>defendants. | Cr. No. 04-00134 SOM<br><br>U.S.C. §846 and 18 U.S.C. §2<br><br>STIPULATION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS; ORDER<br><br>Trial: 8/29/06 |

STIPULATION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS

Whereas, defendant's girlfriend Robin Berry is pregnant with their child and is due to give birth at any time; and

Whereas, defendant is in compliance with the conditions of his pretrial release;

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, that the pretrial release conditions of Defendant Michael Allen Bush [02] are amended as follows.

•Defendant is allowed to be present at the baby's birth,

including overnight stay at Kapiolani Medical Center for Women and Children, 1319 Punahou St. Honolulu, HI 96826 on the night the child is born.

• While at the hospital, defendant is not subject to electronic monitoring.

• Defendant is to notify U.S. Pretrial Services when labor begins.

• Defendant is to provide verification of birth immediately after the child is discharged from the hospital.

Dated: Honolulu, Hawaii, MAY 18 2006.

So Stipulated:

_____
Florence Nakakuni
Assistant United States Attorney
for the United States

_____
Alison Thom
Office of Pretrial Services

_____
Stuart N. Fujioka for
defendant

IT IS SO ORDERED:

_____
U.S. Magistrate Judge

C:\Doc\Fedcrim\2005\MikeBush\stip-am-rel.001.wpd

U.S. v. Michael Bush, USDC Hawaii Cr. No. 04-0134 SOM Stipulation for Temporary Modification of Pretrial Release Conditions