NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Todd Takata, [01]<br>Michael Allen Bush, [02]<br>Lani Ann Brewer, [03]<br><br>defendants. | Cr. No. 04-00134 SOM<br><br>U.S.C. §846 and 18 U.S.C. §2<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER<br><br>Trial: 8/29/06 |

STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, that the pretrial release conditions of Defendant Michael Allen Bush [02] are amended as follows.

•Condition no. 14, which calls for electronic monitoring and curfew, is eliminated.

All other terms and conditions remain in full force and

effect.

Dated: Honolulu, Hawaii, JUN 2 9 2006.

So Stipulated:

_____
Michael Kawahara
Assistant United States Attorney
for the United States

_____
Alison Thom
Office of Pretrial Services

_____
Stuart N. Fujioka for
defendant

C:\Doc\Fedcrim\2005\MikeBush\stip-am-rel.002.wpd

IT IS SO ORDERED:

_____
U.S. Magistrate Judge