# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00134SOM |
| CASE NAME: | USA vs. (02) MICHAEL ALLEN BUSH<br>USA vs. (03) LANI ANN BREWER<br>USA vs. (04) HENRY J. MERRILL, aka "Hank"<br>USA vs. (05) TIMOTHY DARE |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | (02) Stuart N. Fujioka<br>(03) Michael Jay Green<br>(04) Reginald P. Minn<br>(05) Richard D. Gronna |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/31/2006 | TIME: | 10:08-10:12 |

COURT ACTION:  EP: Defendant (05) Timothy Dare's Motion to Continue Pretrial Motions Deadline and Trial Date; Final Pretrial Conference - Defendants (02) Michael Allen Bush, (04) Henry J. Meriill and (05) Timothy Dare not present, presence waived. Defendant (03) Lani Ann Brewer present, not in custody.

Motion Granted and terminated. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 12/5/06, SOM.
Final Pretrial Conference is continued to 10:00 11/6/06, KSC.
Defendant's Motions due 10/23/06.
Government's Response due 11/6/06.

Time excluded from 8/29/06 thru 12/5/06 from the requirements of the Speedy Trial Act. Govt to prepare Order excluding time.

Submitted by: Warren N. Nakamura, Courtroom Manager