# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00134SOM |
| CASE NAME: | USA v. (02) Michael Allen Bush<br>(03) Lani Ann Brewer<br>(04) Henry J. Merrill, aka "Hank"<br>(05) Timothy Dare |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (02) Reginald Minn for Stuart N. Fujioka<br>(03) Richard Gronna for Michael Jay Green<br>(04) Reginald Minn<br>(05) Richard Gronna |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/13/2006 | TIME: | 10:10:09-10:14:15am |

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendants 02, 04 and 05.  Defendant 03 present, not in custody.

Defendant 04's request to continue trial is granted.

Jury Selection/Trial: 3/6/07, 9:00am, Judge Mollway
Final Pretrial Conference: 2/5/07, 10:00am, Judge Kurren
Motions due: 1/23/07
Response due:  2/6/07

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 12/5/06 to and including 3/6/07 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager