NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Michael Allen Bush [02]

LODGED
DEC 29 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 2007

at 9 o'clock and 45 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Todd Takata, [01]<br>Michael Allen Bush, [02]<br>Lani Ann Brewer, [03]<br><br>defendants. | Cr. No. 04-00134 SOM<br><br>U.S.C. §846 and 18 U.S.C. §2<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; EXHIBIT A; ORDER<br><br>Trial: 3/6/07 |

ORIGINAL

## STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, that the pretrial release conditions of Defendant Michael Allen Bush [02] are amended as follows.

- Defendant shall be allowed to travel from Hawaii to California to attend the wedding of his daughter on Jan. 6, 2007 [invitation is attached as Exhibit A].

- Defendant will leave Honolulu on Delta airlines 1/4/07 at

11:45 p.m., arriving in Los Angeles, CA at 6:53 a.m. on 1/5/07.

- In California defendant will stay with his brother Jeff Bush at 601 Avenida Vaquero, San Clemente, CA 92673, ph. [949] 481-0582.

- Defendant will return to Hawaii via Delta Airlines flight leaving 1/09/07 at 8:25 a.m. and arriving in Honolulu that day at 12:20 p.m..

- Defendant will provide a copy of his itinerary to the Office of Pretrial Services before departure.

All other terms and conditions remain in full force and effect.

Dated: Honolulu, Hawaii, DEC 29 2006.

So Stipulated:

_____
Michael Kawahara
Assistant United States Attorney
for the United States

_____
Alison Thom
Office of Pretrial Services

_____
Stuart N. Fujioka for
defendant

IT IS SO ORDERED:

_____
U.S. Magistrate Judge

C:\Doc\Fedcrim\2005\MikeBush\stip-am-rel.003.wpd