*The honour of your presence*
*Is requested at the marriage of*

*Miss Vanessa Marie*

*And*

*Mr. Gary Yard*

*On Saturday, the sixth of*
*January*
*Two thousand and seven*
*At twelve o'clock in the*
*afternoon*
*San Secondo D'asti*
*Catholic Church*
*250 N. Turner Avenue*
*Guasti, California*

EXHIBIT A