ORIGINAL

NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Michael Allen Bush [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Todd Takata,            [01]<br>Michael Allen Bush,   [02]<br>Lani Ann Brewer,      [03]<br><br>defendants. | Cr. No. 04-00134 SOM<br><br>U.S.C. §846 and 18 U.S.C. §2<br><br>STIPULATION TO MODIFY PRETRIAL/PRESENTENCE RELEASE CONDITIONS; ORDER<br><br>Sentence: 8/20/07<br>1:30 p.m.<br>the Hon. Susan Oki Mollway |

STIPULATION TO MODIFY PRETRIAL/PRESENTENCE RELEASE CONDITIONS

It is hereby stipulated, between the parties through undersigned counsel and with the concurrence of the Office of Pretrial Services, that the pretrial release conditions of Defendant Michael Allen Bush [02] are amended as follows.

- Robin Berry is relieved of her duties as third party custodian; All other terms and conditions remain in full force and effect.

This amendment is based on Ms. Berry's current personal

inability to supervise, along with defendant's independent, ongoing compliance with release conditions.

   Dated: Honolulu, Hawaii, _____.

So Stipulated:

*[signature]*

Michael Kawahara
Assistant United States Attorney
for the United States

*[signature]*

Alison Thom
Office of Pretrial Services

*[signature]*

Stuart N. Fujioka for
defendant

          IT IS SO ORDERED:

          *[signature]*

          U.S. Magistrate Judge

C:\Doc\Fedcrim\2005\MikeBush\stip-am-rel.004.wpd